NOV 20 2026 PM1:25
FILED-USDC-CT-NEW_HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Yasmin Laracuente,
Plaintiff,

v.

Case No. ____________________
(To be supplied by the Court)

Honeywell Int INC,
Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 110 Crest ave. East Haven CT 06513

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: Honeywell
855 Smint street Charlotte NC 28202

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[✓] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: ________________.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____________________.

(B) ☐ Termination of my employment. I was terminated from my employment on the following date: ____________________.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ____________________.

(D) ☐ Other acts as specified below: ____________________

____________________

____________________

____________________

____________________

____________________

5. The conduct of the Defendant(s) was discriminatory because it was based upon:

race [✓], color [ ], religion [ ], sex [✓], age [✓], national origin [✓] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: Due to my previous Formal Claims to honeywell in CHRO and workes comp. I was firedfrom my employement. I was fired due to work pressure and retaliation from my Job. Also to make a Case with CHRO

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

Due to my previous Formal Claims to honeywell in CHRO and workescomp. I was fire from my employment. I was fired due to work pressure and retaliation from my Job Also to make a case with CHRO and work comp retaliation. Base what they happen in July 2022 when wynita Douglas infront christine Victory Said don't listen and don't believe Laracuente what she said because she don't talk english like me (wynita). that I born in USA and she is Puertorican. Christine Victory tell that is raises and sinces that witness we start to do the protoco in HR in 2022 and before the was put me to work with my hand burn to work. Because in that 2016 the burn my hand was with my daughter Yacel Collazo She was working with me; she was also a witness.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 100+ .

8. The alleged discrimination occurred on or about the following date(s) or time period: July 2022 .

9. I filed charges with the:

☑ Equal Employment Opportunity Commission

☑ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 7-17-26.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: one of the reason is to disagree is because Honeywell employ committ Perjury in the investigation made by CHRO in the investigation interview violating my rights by the EPA, EPA law. Also having them perjury viotes the law 18 U.S.C, 1001; 1621

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐ Injunctive orders (specify the type of injunctive relief sought): ____________________________;

☑ Backpay;

☑ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): Insure;

☑ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): ______________________________;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby DO ☑ DO NOT ☐ demand a trial by jury.

| | |
|---|---|
| ______________________ | Yasmin Laracuente |
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| | Yasmin Laracuente |
| Printed Name and address | Printed Name and address |
| ( ) | (203) 491-9415 |
| Attorney's telephone | Plaintiff's telephone |
| | yasminlaracuente@yahoo.com |
| Email address if available | Email address if available |

Dated: ______________

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at New Haven CT on 11-20-26.
(location) (date)

Yasmin Laracuente
**Plaintiff's Original Signature**

(Rev. 3/23/16)

#5. Continuation

Base What they Happen in July 2022 Whe Wynita Douglas infront Christine Victory Said don't listen and don't believes (Laracuente) what she said because she don't talk english like me that I born in USA and She is Puertorican. Christine Victory Tell that raises and a sinces that witness we start to do the protoco in HR in 2022 and before the was put me to work with my hand burn to work. Because in that 2016 the burn hand was with my daughter Yacel Collazo she was working with me; she was also a witness.

#6 Continuation

another reason
Also of my reason was because they refuse my accomodations refusing doctor notes, my rights by the ADA law. my Vioting

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/17/2026

**To:** Jasmin Laracuente
110 Crest Ave
East Haven, CT 06513

Charge No: 16A-2025-00482

EEOC Representative and email: LOUIS NGO
INVESTIGATOR SUPPORT ASSISTANT
LOUIS.NGO@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
07/17/2026

Arlean Nieto
Acting District Director